AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 10, 2026**

SEAN F. McAVOY, CLERK

NORTHWEST RESTORATION OPERATING, INC.,
a Washington corporation,

*Plaintiff*

v.

STATE FARM FIRE & CASUALTY COMPANY,
a foreign company

*Defendant*

)
)
)
)
)

Civil Action No.   1:25-CV-3222-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:    The parties' Stipulated Motion to Dismiss (ECF No. 8) is GRANTED.
Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this matter is DISMISSED with prejudice and without costs
or attorneys' fees to any party.

This action was *(check one)*:

❑   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❑   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge    Thomas O. Rice _____

Date:   April 10th, 2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*